## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Justin C. Patterson      |      CHAPTER 13
               &amp;

Lawrence J. Zock, Jr.      |      BKY. NO. 17-10145 TPA

<u>Debtor(s)</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank as Servicer for LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.


Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322


Attorney for Movant/Applicant