**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

### Case No. 17−10145−TPA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Justin C. Patterson
1041 Freeport Road
North East, PA 16428−3027

Lawrence J. Zock Jr.
1041 Freeport Road
North East, PA 16428−3027

Social Security No.:
xxx−xx−2608

xxx−xx−9182

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−391−8000

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
September 5, 2017
10:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
September 5, 2017
10:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/18/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10145-TPA
Justin C. Patterson                                                       Chapter 13
Lawrence J. Zock, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr              Page 1 of 2               Date Rcvd: Jul 18, 2017
                              Form ID: rsc13          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db/jdb          Justin C. Patterson,    Lawrence J. Zock, Jr.,    1041 Freeport Road,
                 North East, PA 16428-3027
14364652       +1st National Bank of Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
14415103       +Amerimark,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14385896       +Berkheimer,    PO Box 25130,    Lehigh Valley, PA 18002-5130
14389929        Bureau of UC Benefits and Allowances,    Attn: UI Payment Services,    PO Box 67503,
                 Harrisburg, PA 17106-7503
14364654       +Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
14364655       +Capital One FSB,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
14364659       +DSNB / Macy's,    PO Box 8218,   Mason, OH 45040-8218
14364656       +Direct TV,   c/o Convergent Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
14420872       +Erie Community Credit Union,    c/o Carol F. Messenger, Payment Solution,    1129 State Street,
                 Erie, PA 16501-1911
14364660       +Erie Federal Credit Union,    1129 State Street,    Erie, PA 16501-1911
14373384       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14364662       +Lake View Loan Servicing,    1301 Virginia Drive,    Fort Washington, PA 19034-3231
14385897       +McCabe Weisberg & Conway,    123 S. Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
14660642       +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
14385899       +North East Heat & Light,    10700 West Main Street,    North East, PA 16428-2228
14385900       +Northeast Township Tax Collector,,    c/o Penny Luke,    10300 W. Main Street,
                 North East, PA 16428-2858
14373403       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14364663        PYOD LLC,   c/o resurgent Capital,    Sutie 110 MS 5796,    Greenville, SC 29601
14385901       +PayPal Credit,    PO Box 5138,   Timonium, MD 21094-5138
14385902       +Penelec,   76 S. Main Street,    Akron, OH 44308-1812
14364667       +TD Bank USA/Target Credit,    PO Box 673,   Minneapolis, MN 55440-0673
14364668       +TMG Financial Services,    PO Box 14542,   Des Moines, IA 50306-3542
14364669       +TW Northeast,    c/o Credit Management,   4200 International Parkway,
                 Carrollton, TX 75007-1912
14364670       +Verizon,   c/o Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2017 01:33:56      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14364653        E-mail/Text: AEPPcreditdept@amerimark.com Jul 19 2017 01:34:19      AmeriMark Premier,
                 PO Box 2845,   Monroe, WI 53566-8045
14402270       +E-mail/Text: bncmail@w-legal.com Jul 19 2017 01:34:06      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14364658        E-mail/Text: mrdiscen@discover.com Jul 19 2017 01:33:38      Discover Financial Services,
                 PO Box 15316,   Wilmington, DE 19850
14364657        E-mail/Text: mrdiscen@discover.com Jul 19 2017 01:33:38      Discover,   PO Box 15136,
                 Wilmington, DE 19850
14370895        E-mail/Text: mrdiscen@discover.com Jul 19 2017 01:33:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14655652        E-mail/Text: camanagement@mtb.com Jul 19 2017 01:33:45      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
14385898       +E-mail/Text: ADAMB@TMGFINANCIALSERVICES.COM Jul 19 2017 01:34:00      Mutual of Omaha Bank,
                 c/o TMG Financial Services,    1500 NW 118th Street,    Des Moines, IA 50325-8242
14385903       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 19 2017 01:34:22       PNC,
                 c/o Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14364664       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 01:38:48      SNYCB/Wal-Mart,    PO Box 965024,
                 Orlando, FL 32896-5024
14364665       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 01:38:33      SYNCB/Amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
14364666       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 01:38:33      SYNCB/Pay Pal Smart Conn,
                 PO Box 965005,   Orlando, FL 32896-5005
14385904       +E-mail/Text: bankandforeclose@stonegatemtg.com Jul 19 2017 01:34:15
                 Stonegate Mortgage Corporation,    157 South Main Street,    Mansfield, OH 44902-7955
14405668       +E-mail/Text: bncmail@w-legal.com Jul 19 2017 01:34:06      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14385906       +E-mail/Text: DL-ICOMSBankruptcy@charter.com Jul 19 2017 01:34:14      Time Warner Cable,
                 5520 Whipple Avenue NW,    North Canton, OH 44720-7700
14364671       +E-mail/Text: collections@widgetfinancial.com Jul 19 2017 01:34:01
                 Widget Federal Credit Union,    2154 E. Lake Road,    Erie, PA 16511-1140
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LakeView Loan Servicing, LLC
cr              Lakeview Loan Servicing, LLC
14364661        Jacob M. Ottley, Esquire

```
District/off: 0315-1          User: gamr                Page 2 of 2                  Date Rcvd: Jul 18, 2017
                              Form ID: rsc13            Total Noticed: 41

cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              James   Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Lawrence J. Zock, Jr.
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Kenneth M. Steinberg    on behalf of Debtor Justin C. Patterson julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```