IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin C. Patterson | ) | Case No. 17-10145 TPA |
| Lawrence J. Zock Jr. | ) | Chapter 13 |
|     Debtors | ) | Related Docket No. 44 |
| | ) | |
| Justin C. Patterson | ) | Hearing Date and Time: |
| Lawrence J. Zock Jr. | ) | November 28, 2017 at 10:30 am |
|     Movants | ) | |
|         vs. | ) | |
| | ) | |
| 1st National Bank of Omaha, AmeriMark | ) | |
| Premier, Berkheimer, Bureau of UC | ) | |
| Benefits and Allowances, Comenity Capital | ) | |
| Bank, Capital One Bank USA NA, Capital | ) | |
| One FSB, DSNB/Macy's, Department Store | ) | |
| National Bank, Direct TV, Discover, | ) | |
| Discover Bank, Discover Financial Services, | ) | |
| Erie Community Credit Union, Erie Federal | ) | |
| Credit Union, First National Bank of Omaha, | ) | |
| Lake View Loan Servicing, M&T Bank, | ) | |
| McCabe Weisberg & Conway, Midland | ) | |
| Funding LLC, Mutual of Omaha Bank, | ) | |
| North east Heat & Light, Northeast | ) | |
| Township Tax Collector, Office of the | ) | |
| United States Trustee, PNC, PRA | ) | |
| Receivables, PYOD LLC, PayPal Credit, | ) | |
| Penelec, Pennsylvania Department of | ) | |
| Revenue, Portfolio Recovery Associates, | ) | |
| SYNCB/Wal-Mart, SYNCB/Amazon, | ) | |
| SYNCB/Paypal Smart Conn, Stonegate | ) | |
| Mortgage Corporation, TD Bank USA NA, | ) | |
| TMG Financial Services, TW Northwest, | ) | |
| Time Warner Cable, Verizon, KML, Law | ) | |
| Group, Widget Federal Credit Union, | ) | |
| Ronda J. Winnecour | ) | |
|     Respondents | ) | |

### **CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN**

    I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 9, 2017.

    The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: November 9, 2017

By: /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
412-391-8000
leslie.nebel@steidl-steinberg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-10145-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Nov  9 08:10:38 EST 2017 | 1st National Bank of Omaha<br>1620 Dodge Street<br>Omaha, NE 68197-0002 | AmeriMark Premier<br>PO Box 2845<br>Monroe, WI 53566-8045 |
| Amerimark<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Berkheimer<br>PO Box 25130<br>Lehigh Valley, PA 18002-5130 | Bureau of UC Benefits and Allowances<br>Attn: UI Payment Services<br>PO Box 67503<br>Harrisburg, PA 17106-7503 |
| COMENITY CAPITAL BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One FSB<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 |
| DSNB / Macy's<br>PO  Box 8218<br>Mason, OH 45040-8218 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Direct TV<br>c/o Convergent Outsourcing<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | Discover<br>PO Box 15136<br>Wilmington, DE 19850 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Erie Community Credit Union<br>c/o Carol F. Messenger, Payment Solution<br>1129 State Street<br>Erie, PA 16501-1911 | Erie Federal Credit Union<br>1129 State Street<br>Erie, PA 16501-1911 |
| First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 | Lake View Loan Servicing<br>1301 Virginia Drive<br>Fort Washington, PA 19034-3231 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| McCabe Weisberg & Conway<br>123 S. Broad Street, Suite 1400<br>Philadelphia, PA 19109-1060 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Mutual of Omaha Bank<br>c/o TMG Financial Services<br>1500 NW 118th Street<br>Des Moines, IA 50325-8242 |
| North East Heat & Light<br>10700 West Main Street<br>North East, PA 16428-2228 | Northeast Township Tax Collector,<br>c/o Penny Luke<br>10300 W. Main Street<br>North East, PA 16428-2858 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC<br>c/o Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PYOD LLC<br>c/o resurgent Capital<br>Sutie 110 MS 5796<br>Greenville, SC 29601 |

PYOD, LLC its successors and assigns as assi
of Capital One, F.S.B.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Justin C. Patterson
1041 Freeport Road
North East, PA 16428-3027

PayPal Credit
PO Box 5138
Timonium, MD 21094-5138

Penelec
76 S. Main Street
Akron, OH 44308-1812

Penelec
c/o FirstEnergy
Building #1, Suite 1-511
101 Crawford's Corner Rd
Holmdel, NJ 07733-1900

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SNYCB/Wal-Mart
PO Box 965024
Orlando, FL 32896-5024

SYNCB/Amazon
PO Box 965015
Orlando, FL 32896-5015

SYNCB/Pay Pal Smart Conn
PO Box 965005
Orlando, FL 32896-5005

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219-1908

Stonegate Mortgage Corporation
157 South Main Street
Mansfield, OH 44902-7955

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
123 South Broad Street
Suite 1400
Philadelphia, PA 19109-1060

TD BANK USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440-0673

TMG Financial Services
PO Box 14542
Des Moines, IA 50306-3542

TW Northeast
c/o Credit Management
4200 International Parkway
Carrollton, TX 75007-1912

Time Warner Cable
5520 Whipple Avenue NW
North Canton, OH 44720-7700

Verizon
c/o Trident Asset Management
PO Box 888424
Atlanta, GA 30356-0424

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Widget Federal Credit Union
2154 E. Lake Road
Erie, PA 16511-1140

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Lawrence J. Zock Jr.
1041 Freeport Road
North East, PA 16428-3027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

M&T Bank
P.O. Box 1288
Buffalo, NY 14240

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jacob M. Ottley, Esquire              (u)LakeView Loan Servicing, LLC              (du)Lakeview Loan Servicing, LLC


(d)PRA Receivables Management, LLC       End of Label Matrix
PO Box 41021                             Mailable recipients    52
Norfolk, VA 23541-1021                   Bypassed recipients     4
                                         Total                  56