IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin C. Patterson, | ) | Case No. 17-10145 TPA |
| Lawrence J. Zock Jr. | ) | |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Justin C. Patterson, | ) | Related to Doc. No. 47 |
| Social Security No. XXX-XX-2608 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Better Baked Foods Inc. | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 16, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee　　　　　　　Justin C. Patterson
Suite 3250 – US Steel Tower　　　　　　　1041 Freeport Road
600 Grant Street　　　　　　　　　　　　North East, PA 16428
Pittsburgh, PA 15219

Better Baked Foods Inc.
Attn: Payroll Dept.
56 Smedley Street
Northeast, PA 16428

Date of Service:　　November 16, 2017　　/s/ Kenneth M. Steinberg
　　　　　　　　　　　　　　　　　　　　Kenneth Steinberg, Esquire
　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　28th Floor, Gulf Tower
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　PA I.D. 31244