IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Justin C. Patterson ) | Case No.: 17-10145 TPA |
| Lawrence J. Zock ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | Related to Doc. 56, 57 |
|     Movant, ) | Related to Claim No. 9 |
| ) | |
|     Vs. ) | Hearing Date: 11/14/2018 |
| Lakeview Loan Servicing, LLC ) |     at 9:30 a.m. |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

    I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Scheduling Order and Objection on the parties at the addresses specified below on **September 7, 2018**.

    The type of service made on the parties was First Class Postage Prepaid Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Justin C. Patteson
Lawrence J. Zock, Jr.
1041 Freeport Road
North East, PA  16428-3027

Kenneth M. Steinberg, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA  15219

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

M & T Bank
P. O. Box 1288
Buffalo, NY 14240

M & T Bank
Attn: Robert Wilmers, CEO
One M & T Plaza
Buffalo, NY 14203

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

**BY:**   /s/ Amy T. Sabedra
Office of the Chapter 13 Trustee
Suite 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com