IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin C. Patterson and | ) | Bankruptcy No. 17-10145 TPA |
| Lawrence J. Zock, | ) | Chapter 13 |
| | ) | Related to Claim No. 9 |
| Debtors | ) | |
| | ) | |
| Lakeview Loan Servicing, LLC | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Justin C. Patterson and | ) | |
| Lawrence J. Zock, | ) | |

Respondents

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, come the debtors, Justin C. Patterson & Lawrence J. Zock, by and through their attorney, Kenneth M. Steinberg and Steidl and Steinberg, and respectfully represent as follows:

1. Debtors' attorney has been notified that the monthly mortgage payment is now $821.63.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to Lakeview Loan Servicing, LLC in the sum of $821.63 is effective January 1, 2020 per the Notice of Mortgage Payment Change dated December 11, 2019.

Respectfully submitted,

February 15, 2020      /s/ Kenneth M. Steinberg
    DATE              Kenneth M. Steinberg, Esquire
                    Attorney for the Debtor
                    STEIDL & STEINBERG
                    Suite 2830, Gulf Tower
                    707 Grant Street
                    Pittsburgh, PA 15219
                    (412) 391-8000
                    kenny.steinberg@steidl-steinberg.com
                    PA I.D. No. 31244