**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/01/2021

IN RE:

JUSTIN C. PATTERSON
LAWRENCE J. ZOCK, JR.
1041 FREEPORT ROAD
NORTH EAST, PA 16428-3027
XXX-XX-2608          Debtor(s)

XXX-XX-9182

Case No.17-10145 TPA

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/1/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  8552/PRAE |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  JCP/PRAE | |

---

| **LAUREN M MOYER ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| MCCABE WEISBERG & CONWAY LLC | Court Claim Number: | ACCOUNT NO.: |
| 123 SOUTH BROAD ST STE 1400 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT:  LAKEVIEW LN SVCNG/PRAE | |

---

| **ERIE COMMUNITY CU** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  VEHICLE |
|---|---|---|
| 1129 STATE ST | Court Claim Number:8 | ACCOUNT NO.:  1007 |
| | CLAIM:  0.00 | |
| ERIE, PA  16501 | COMMENT:  PD OUTSIDE/PL*CL=$1,081.93*WNTS 6.99% | |

---

| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
|---|---|---|
| C/O M & T BANK | Court Claim Number:9-3 | ACCOUNT NO.:  9940 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  CL9-2GOVS W/ALLWD PMT CHANGES*PMT/DECL*DKT4PMT-LMT*BGN 3/17*AMD | |

---

| **NORTH EAST TWP (RE)** | Trustee Claim Number:5   INT %: 10.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O TAX COLLECTOR - CURRENT YEAR | Court Claim Number: | ACCOUNT NO.:  1400 |
| 10300 W MAIN RD | | |
| PO BOX 249 | CLAIM:  1,297.00 | |
| NORTH EAST, PA  16428 | COMMENT:  $@9%/PL~2016*10%-CONF*NTC-RSV | |

---

| **WIDGET FINANCIAL**\*\* | Trustee Claim Number:6   INT %: 8.00% | CRED DESC:  VEHICLE |
|---|---|---|
| 2154 EAST LAKE RD | Court Claim Number:4 | ACCOUNT NO.:  6438 |
| | CLAIM:  5,020.51 | |
| ERIE, PA  16511 | COMMENT:  CL4GOVS@8%/CONF*$/PL-CL@8%MDF/PL | |

---

| **MCCABE WEISBERG & CONWAY PC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 1ST UNION BLDG | Court Claim Number: | ACCOUNT NO.: |
| 123 S BROAD ST STE 1400 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT: | |

---

| **STONEGATE MORTGAGE** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| PO BOX 619063 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9063 | COMMENT:  NT ADR/SCH | |

---

| **NORTH EAST TOWNSHIP (EIT)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR | Court Claim Number: | ACCOUNT NO.:  9182 |
| HAB DLT LEGAL | | |
| PO BOX 20662 | CLAIM:  121.00 | |
| LEHIGH VALLEY, PA  18002 | COMMENT:  $@0%TTL/PL~2015-16*16*W/10 | |

---

| **BERKHEIMER TAX ADMINISTRATOR**\*\* | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| HAB DLT LEGAL | Court Claim Number: | ACCOUNT NO.:  9182 |
| PO BOX 20662 | | |
| | CLAIM:  0.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  COMBINED AT CID 9 | |

CLAIM RECORDS

| FIRST NATIONAL BANK OF OMAHA(*) | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1620 DODGE ST STOP 3106* | Court Claim Number:2 | ACCOUNT NO.: 4862 |
| | CLAIM: 1,230.16 | |
| OMAHA, NE 68197-3106 | COMMENT: X0724/SCH | |

| AMERIMARK | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CREDITORS BANKRUPTCY SERVICE* | Court Claim Number:7 | ACCOUNT NO.: 204A |
| PO BOX 800849 | | |
| | CLAIM: 472.95 | |
| DALLAS, TX 75380 | COMMENT: X7204/SCH | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 3617 |
| | CLAIM: 1,510.42 | |
| NORFOLK, VA 23541 | COMMENT: X2119/SCH*CAP ONE | |

| PYOD LLC - ASSIGNEE | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:16 | ACCOUNT NO.: 8379 |
| PO BOX 19008 | | |
| | CLAIM: 4,083.71 | |
| GREENVILLE, SC 29602 | COMMENT: X0677/SCH*CAPITAL ONE*STALE | |

| DIRECTV LLC BY AMERICAN INFOSOURCE LP - | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 5008 | Court Claim Number:14 | ACCOUNT NO.: 6113 |
| | CLAIM: 349.28 | |
| CAROL STREAM, IL 60197-5008 | COMMENT: X3813/SCH | |

| DISCOVER BANK(*) | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 6548 |
| PO BOX 3025 | | |
| | CLAIM: 2,737.28 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| DEPARTMENT STORES NATIONAL BANK | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O QUANTUM3 GROUP LLC | Court Claim Number:13 | ACCOUNT NO.: 4870 |
| PO BOX 657 | | |
| | CLAIM: 1,615.86 | |
| KIRKLAND, WA 98083-0657 | COMMENT: 0298/SCH*MACYS | |

| MUTUAL OF OMAHA BANK | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 10346 | Court Claim Number: | ACCOUNT NO.: 6585 |
| | CLAIM: 0.00 | |
| DES MOINES, IA 50306-0346 | COMMENT: | |

| NORTH EAST HEAT & LIGHT | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 10700 WEST MAIN ROAD | Court Claim Number: | ACCOUNT NO.: 0001 |
| | CLAIM: 0.00 | |
| NORTH EAST, PA 16428 | COMMENT: | |

| BILL ME LATER INC A/S/F SYNCHRONY BANK | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:5-2 | ACCOUNT NO.: 0510 |
| PO BOX 3978 | | |
| | CLAIM: 1,940.97 | |
| SEATTLE, WA 98124-3978 | COMMENT: PAYPAL CREDIT*AMD*FR COMENITY*DOC 62 | |

**CLAIM RECORDS**

| PENELEC/FIRST ENERGY** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 | Court Claim Number:15 | ACCOUNT NO.: 1624 |
| PO BOX 367 | | |
| | CLAIM: 408.62 | |
| HOLMDEL, NJ 07733 | COMMENT: 2425/SCH | |

| PNC BANK NA | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number: | ACCOUNT NO.: 5196 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH 44101 | COMMENT: NT ADR/SCH | |

| MIDLAND FUNDING LLC | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEl | Court Claim Number:10 | ACCOUNT NO.: 1723 |
| PO BOX 2011 | | |
| | CLAIM: 1,222.17 | |
| WARREN, MI 48090 | COMMENT: WALMART/SCH | |

| MIDLAND FUNDING LLC | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEl | Court Claim Number:12 | ACCOUNT NO.: 9403 |
| PO BOX 2011 | | |
| | CLAIM: 991.61 | |
| WARREN, MI 48090 | COMMENT: X9434/SCH*SYNCHRONY*AMAZON | |

| MIDLAND FUNDING LLC | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEl | Court Claim Number:11 | ACCOUNT NO.: 2887 |
| PO BOX 2011 | | |
| | CLAIM: 1,622.85 | |
| WARREN, MI 48090 | COMMENT: SYCHRONY BANK~PAYPAL/SCH*0018/SCH | |

| TD BANK USA NA** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:6 | ACCOUNT NO.: 5124 |
| PO BOX 3978 | | |
| | CLAIM: 1,501.30 | |
| SEATTLE, WA 98124 | COMMENT: X0143/SCH | |

| TIME WARNER CABLE | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 530 S MAIN ST STE 1751 | Court Claim Number: | ACCOUNT NO.: 8001 |
| | CLAIM: 0.00 | |
| AKRON, OH 44311-1090 | COMMENT: NT ADR/SCH | |

| ATIRA CREDIT | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O TMG FINANCIAL SERVICES | Court Claim Number:3 | ACCOUNT NO.: 6585 |
| 7745 OFFICE PLAZA DR N STE 170 | | |
| | CLAIM: 3,307.86 | |
| WEST DES MOINES, IA 50266 | COMMENT: X0352/SCH*TMG FINANCIAL SVCS/SCH*LAST ACTIVITY IN 2016/CL | |

| TIME WARNER CABLE - NE | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 0901 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60132-0001 | COMMENT: NT ADR/SCH*TW NORTHEAST C/O CREDIT MGMT/SCH | |

| TRIDENT ASSET MANAGEMENT | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 888424 | Court Claim Number: | ACCOUNT NO.: 5419 |
| | CLAIM: 0.00 | |
| ATLANTA, GA 30356 | COMMENT: VERIZON/SCH | |

| PYOD LLC | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: | ACCOUNT NO.: |
| POB 19008 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29602 | COMMENT:  NT ADR/SCH | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| C/O M & T BANK | Court Claim Number:9-3 | ACCOUNT NO.:  9940 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  13,649.95 | |
| BUFFALO, NY  14240-1288 | COMMENT:  CL9-2GOVS@14,740.34*14740.34/PL*THRU 2/17*AMD | |

| PA DEPARTMENT OF LABOR & INDUSTRY (OFFI | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| UI PAYMENT SERVICES  (INDV UC OP) | Court Claim Number: | ACCOUNT NO.:  2608 |
| PO BOX 67503 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-9894 | COMMENT:  ND MORE INFO/AMD F*3-28-17 | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| C/O M & T BANK | Court Claim Number:9-3 | ACCOUNT NO.:  9940 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  DISALLOWED/COE*$/PL-CL*NTC PP FEE/EXP*REF CL*CL=425*W/32*DKT | |

| LAKEVIEW LOAN SERVICING LLC | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| C/O M & T BANK | Court Claim Number:9-3 | ACCOUNT NO.:  9940 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  DISALLOWED/OE*$/PL-CL*SUPP NTC PP FEE/EXP*REF CL*W/32*CL=750*DKT | |

| KML LAW GROUP PC* | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN SVG~M AND T BANK SVCR/PRAE | |