UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WITHDRAWAL OF APPEARANCES BY LAUREN M. MOYER, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF MARISA MYERS COHEN, ESQUIRE, IN VARIOUS OPEN CASES

Miscellaneous No. 21-00219-CMB

## ORDER

AND NOW, this <u>16th</u> day of <u>December</u>, 2021, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Lauren M. Moyer, Esquire, and Enter the Appearance of Marisa Myers Cohen, Esquire, it is hereby

ORDERED that the Motion is granted, and Lauren M. Moyer, Esquire, is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A"; and it us further

ORDERED that the appearance of Marisa Myers Cohen, Esquire, is entered as counsel of record for the parties formerly represented by Lauren M. Moyer, Esquire, in the list of cases attached to the Motion as Exhibit "A."

Prepared by: Lauren M. Moyer

BY THE COURT:

_____
Carlota M. Böhm
dmk

FILED
12/16/21 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA