Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Justin C. Patterson** : | Case No. 17−10145−TPA |
| **Lawrence J. Zock Jr.** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 92 |
| v. : | |
| **No Respondents** : | Hearing Date: 6/29/22 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 27th of April, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 92 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before June 13, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***June 29, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's **Certificate of Discharge Eligibility** or **Certificate of Financial Management** are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10145-TPA |
| Justin C. Patterson | Chapter 13 |
| Lawrence J. Zock, Jr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: 300a | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Justin C. Patterson, Lawrence J. Zock, Jr., 1041 Freeport Road, North East, PA 16428-3027 |
| 14364652 | + | 1st National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197-0002 |
| 14385896 | + | Berkheimer, PO Box 25130, Lehigh Valley, PA 18002-5130 |
| 14420872 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1129 State Street, Erie, PA 16501-1911 |
| 14364660 | + | Erie Federal Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14373384 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14364662 | + | Lake View Loan Servicing, 1301 Virginia Drive, Fort Washington, PA 19034-3231 |
| 14385897 | + | McCabe Weisberg & Conway, 123 S. Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14385898 | + | Mutual of Omaha Bank, c/o TMG Financial Services, 1500 NW 118th Street, Des Moines, IA 50325-8242 |
| 14385899 | + | North East Heat & Light, 10700 West Main Street, North East, PA 16428-2228 |
| 14385900 | + | Northeast Township Tax Collector,, c/o Penny Luke, 10300 W. Main Street, North East, PA 16428-2858 |
| 14364663 | | PYOD LLC, c/o resurgent Capital, Sutie 110 MS 5796, Greenville, SC 29601 |
| 14668175 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner Rd, Holmdel, NJ 07733-1976 |
| 14385902 | + | Penelec, 76 S. Main Street, Akron, OH 44308-1812 |
| 14385904 | + | Stonegate Mortgage Corporation, 157 South Main Street, Mansfield, OH 44902-7955 |
| 14364668 | + | TMG Financial Services, PO Box 14542, Des Moines, IA 50306-3542 |
| 14364670 | + | Verizon, c/o Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:20 | PYOD, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14364653 | | Email/Text: bankruptcy@sccompanies.com | Apr 28 2022 00:06:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14415103 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2022 00:06:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14402270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:39 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14364655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:14 | Capital One FSB, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 14389929 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 28 2022 00:06:00 | Bureau of UC Benefits and Allowances, Attn: UI |

Case 17-10145-TPA   Doc 94   Filed 04/29/22   Entered 04/30/22 00:28:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 300a | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | | Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14364658 | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14364659 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:46 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 14666878 | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14364656 | + Email/Text: convergent@ebn.phinsolutions.com | Apr 28 2022 00:07:00 | Direct TV, c/o Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14667296 | Email/Text: G06041@att.com | Apr 28 2022 00:07:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14364657 | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover, PO Box 15136, Wilmington, DE 19850 |
| 14370895 | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14373384 | Email/Text: collecadminbankruptcy@fnni.com | Apr 28 2022 00:06:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14655652 | Email/Text: camanagement@mtb.com | Apr 28 2022 00:06:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14660642 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14385903 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2022 00:07:00 | PNC, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14672187 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373403 | + Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670442 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:19 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14385901 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14364664 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:42 | SNYCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14364665 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:26 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14364666 | + Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:17 | SYNCB/Pay Pal Smart Conn, PO Box 965005, Orlando, FL 32896-5005 |
| 14951930 | + Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14405668 | + Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364667 | + Email/Text: bncmail@w-legal.com | Apr 28 2022 00:06:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14364669 | + Email/Text: EBN@thecmigroup.com | Apr 28 2022 00:06:00 | TW Northeast, c/o Credit Management, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14385906 | + Email/Text: DL-ICOMSBankruptcy@charter.com | Apr 28 2022 00:07:00 | Time Warner Cable, 5520 Whipple Avenue NW, North Canton, OH 44720-7700 |
| 14364671 | + Email/Text: collections@widgetfinancial.com | Apr 28 2022 00:07:00 | Widget Federal Credit Union, 2154 E. Lake Road, |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 300a | Total Noticed: 48 |

Erie, PA 16511-1140

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14364661 | | Jacob M. Ottley, Esquire |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Lawrence J. Zock Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Justin C. Patterson julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9