IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JUSTIN C. PATTERSON<br>LAWRENCE J. ZOCK, JR.<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>            Movant<br>       vs.<br>No Respondents. | Case No.:17-10145 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/14/2017 and confirmed on 9/5/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 84,359.49 |
| Less Refunds to Debtor | 2,544.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,815.35 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 3,621.05 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,021.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 51,252.42 | 0.00 | 51,252.42 |
|   Acct: 9940 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 13,649.95 | 13,649.95 | 0.00 | 13,649.95 |
|   Acct: 9940 | | | | |
| NORTH EAST TWP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1400 | | | | |
| ERIE COMMUNITY CU | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1007 | | | | |
| WIDGET FINANCIAL** | 5,020.51 | 5,020.51 | 774.50 | 5,795.01 |
|   Acct: 6438 | | | | |
| | | | | 70,697.38 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUSTIN C. PATTERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUSTIN C. PATTERSON | 661.00 | 661.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUSTIN C. PATTERSON | 1,883.14 | 1,883.14 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NORTH EAST TOWNSHIP (EIT) | 121.00 | 121.00 | 0.00 | 121.00 |
|   Acct: 9182 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9182 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9940 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9940 | | | | |
| | | | | 121.00 |

17-10145 TPA                                                                                                         Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     FIRST NATIONAL BANK OF OMAHA(*) | 1,230.16 | 258.63 | 0.00 | 258.63 |
|         Acct: 4862 | | | | |
|     AMERIMARK | 472.95 | 99.43 | 0.00 | 99.43 |
|         Acct: 204A | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 1,510.42 | 317.55 | 0.00 | 317.55 |
|         Acct: 3617 | | | | |
|     PYOD LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8379 | | | | |
|     DIRECTV LLC BY AMERICAN INFOSOURC | 349.28 | 73.43 | 0.00 | 73.43 |
|         Acct: 6113 | | | | |
|     DISCOVER BANK(*) | 2,737.28 | 575.49 | 0.00 | 575.49 |
|         Acct: 6548 | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 1,615.86 | 339.72 | 0.00 | 339.72 |
|         Acct: 4870 | | | | |
|     MUTUAL OF OMAHA BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 6585 | | | | |
|     NORTH EAST HEAT & LIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     BILL ME LATER INC A/S/F SYNCHRONY B/ | 1,940.97 | 408.07 | 0.00 | 408.07 |
|         Acct: 0510 | | | | |
|     PENELEC/FIRST ENERGY** | 408.62 | 85.91 | 0.00 | 85.91 |
|         Acct: 1624 | | | | |
|     PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 5196 | | | | |
|     MIDLAND FUNDING LLC | 1,222.17 | 256.95 | 0.00 | 256.95 |
|         Acct: 1723 | | | | |
|     MIDLAND FUNDING LLC | 991.61 | 208.48 | 0.00 | 208.48 |
|         Acct: 9403 | | | | |
|     MIDLAND FUNDING LLC | 1,622.85 | 341.19 | 0.00 | 341.19 |
|         Acct: 2887 | | | | |
|     TD BANK USA NA** | 1,501.30 | 315.63 | 0.00 | 315.63 |
|         Acct: 5124 | | | | |
|     TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 8001 | | | | |
|     ATIRA CREDIT | 3,307.86 | 695.44 | 0.00 | 695.44 |
|         Acct: 6585 | | | | |
|     TIME WARNER CABLE - NE | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 5419 | | | | |
|     PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 2608 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: XXXXXPRAE | | | | |
|     MCCABE WEISBERG & CONWAY LLC (FRI | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     STONEGATE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
| | | | | 3,975.92 |

TOTAL PAID TO CREDITORS                                                                                       74,794.30

```
   TOTAL CLAIMED
   PRIORITY              121.00
   SECURED            18,670.46
   UNSECURED          18,911.33
```

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JUSTIN C. PATTERSON
    LAWRENCE J. ZOCK, JR.
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-10145 TPA

Chapter 13

Document No.:

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10145-TPA |
| Justin C. Patterson | Chapter 13 |
| Lawrence J. Zock, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Justin C. Patterson, Lawrence J. Zock, Jr., 1041 Freeport Road, North East, PA 16428-3027 |
| 14364652 | + | 1st National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197-0002 |
| 14385896 | + | Berkheimer, PO Box 25130, Lehigh Valley, PA 18002-5130 |
| 14420872 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1129 State Street, Erie, PA 16501-1911 |
| 14364660 | + | Erie Federal Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14373384 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14364662 | + | Lake View Loan Servicing, 1301 Virginia Drive, Fort Washington, PA 19034-3231 |
| 14385897 | + | McCabe Weisberg & Conway, 123 S. Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14385898 | + | Mutual of Omaha Bank, c/o TMG Financial Services, 1500 NW 118th Street, Des Moines, IA 50325-8242 |
| 14385899 | + | North East Heat & Light, 10700 West Main Street, North East, PA 16428-2228 |
| 14385900 | + | Northeast Township Tax Collector,, c/o Penny Luke, 10300 W. Main Street, North East, PA 16428-2858 |
| 14364663 | | PYOD LLC, c/o resurgent Capital, Sutie 110 MS 5796, Greenville, SC 29601 |
| 14668175 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner Rd, Holmdel, NJ 07733-1976 |
| 14385902 | + | Penelec, 76 S. Main Street, Akron, OH 44308-1812 |
| 14385904 | + | Stonegate Mortgage Corporation, 157 South Main Street, Mansfield, OH 44902-7955 |
| 14364668 | + | TMG Financial Services, PO Box 14542, Des Moines, IA 50306-3542 |
| 14364670 | + | Verizon, c/o Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:20 | PYOD, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14364653 | | Email/Text: bankruptcy@sccompanies.com | Apr 28 2022 00:06:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14415103 | + | Email/Text: bankruptcy@sccompanies.com | Apr 28 2022 00:06:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14402270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:06:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:27 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14364655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:12:26 | Capital One FSB, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 14389929 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 28 2022 00:06:00 | Bureau of UC Benefits and Allowances, Attn: UI |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14364658 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14364659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:34 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 14666878 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14364656 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 28 2022 00:07:00 | Direct TV, c/o Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14667296 | | Email/Text: G06041@att.com | Apr 28 2022 00:07:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14364657 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover, PO Box 15136, Wilmington, DE 19850 |
| 14370895 | | Email/Text: mrdiscen@discover.com | Apr 28 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14373384 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 28 2022 00:06:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14655652 | | Email/Text: camanagement@mtb.com | Apr 28 2022 00:06:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14660642 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14385903 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2022 00:07:00 | PNC, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14672187 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373403 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670442 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:12:20 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14385901 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:15 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14364664 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:27 | SNYCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14364665 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:15 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14364666 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:12:39 | SYNCB/Pay Pal Smart Conn, PO Box 965005, Orlando, FL 32896-5005 |
| 14951930 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14405668 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:07:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364667 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:06:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14364669 | + | Email/Text: EBN@thecmigroup.com | Apr 28 2022 00:06:00 | TW Northeast, c/o Credit Management, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14385906 | + | Email/Text: DL-ICOMSBankruptcy@charter.com | Apr 28 2022 00:07:00 | Time Warner Cable, 5520 Whipple Avenue NW, North Canton, OH 44720-7700 |
| 14364671 | + | Email/Text: collections@widgetfinancial.com | Apr 28 2022 00:07:00 | Widget Federal Credit Union, 2154 E. Lake Road, |

Case 17-10145-TPA    Doc 95    Filed 04/29/22    Entered 04/30/22 00:28:03    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: pdf900 | Total Noticed: 48 |

Erie, PA 16511-1140

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14364661 | | Jacob M. Ottley, Esquire |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Lawrence J. Zock Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Justin C. Patterson julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9