IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          )
                                                )       Case No. 17-10145 TPA
          Justin C. Patterson                   )       Chapter 13
          Lawrence J. Zock, Jr.,                )       Docket No.
                    *Debtors*                   )
                                                )
          Justin C. Patterson                   )
          Lawrence J. Zock, Jr.,                )
                    *Movants*                   )
                                                )
          *No Respondent(s)*                    )

### **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      The Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy
        Code.  The Debtors have not received a prior discharge in a bankruptcy case within the
        time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of
        the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On May 19, 2022 at docket number 97 and 98, the Debtors complied with Federal Rule
        of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition
        Instructional Course in Personal Financial Management*, with the *Certificate of
        Completion* attached to the form.

        This Certification is being signed under penalty of perjury by*: The wife Debtor(s)
        carefully examined and understand each of the Bankruptcy Code sections referenced in
        this Certification.

<u>May 23, 2022</u>                                 /s/ Justin C. Patterson
Date                                                Debtor

<u>May 23, 2022</u>                                 /s/ Lawrence J. Zock, Jr.
Date                                                Debtor

Respectfully submitted,


<u>May 25, 2022</u>                                    <u>/s/ Lauren M. Lamb</u>
DATE                                              Lauren M. Lamb, Esquire
                                                  Attorney for the Debtor

                                                  STEIDL & STEINBERG
                                                  707 Grant Street
                                                  Suite 2830, Gulf Tower
                                                  Pittsburgh, PA 15219
                                                  (412) 391-8000
                                                  llamb@steidl-steinberg.com
                                                  PA I.D. No. 209201


**PAWB Local Form 24 (07/13)**