**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Justin C. Patterson | Social Security number or ITIN   xxx–xx–2608 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lawrence J. Zock Jr. | Social Security number or ITIN   xxx–xx–9182 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–10145–TPA

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justin C. Patterson                    Lawrence J. Zock Jr.

6/17/22                    **By the court:** Thomas P. Agresti
                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Justin C. Patterson

Lawrence J. Zock, Jr.

    Debtors

Case No. 17-10145-TPA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4

Date Rcvd: Jun 17, 2022      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Justin C. Patterson, Lawrence J. Zock, Jr., 1041 Freeport Road, North East, PA 16428-3027 |
| 14364652 | + | 1st National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197-0002 |
| 14385896 | + | Berkheimer, PO Box 25130, Lehigh Valley, PA 18002-5130 |
| 14420872 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1129 State Street, Erie, PA 16501-1911 |
| 14364660 | + | Erie Federal Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14364662 | + | Lake View Loan Servicing, 1301 Virginia Drive, Fort Washington, PA 19034-3231 |
| 14385897 | + | McCabe Weisberg & Conway, 123 S. Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14385898 | + | Mutual of Omaha Bank, c/o TMG Financial Services, 1500 NW 118th Street, Des Moines, IA 50325-8242 |
| 14385899 | + | North East Heat & Light, 10700 West Main Street, North East, PA 16428-2228 |
| 14385900 | + | Northeast Township Tax Collector,, c/o Penny Luke, 10300 W. Main Street, North East, PA 16428-2858 |
| 14364663 | | PYOD LLC, c/o resurgent Capital, Sutie 110 MS 5796, Greenville, SC 29601 |
| 14668175 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner Rd, Holmdel, NJ 07733-1976 |
| 14385902 | + | Penelec, 76 S. Main Street, Akron, OH 44308-1812 |
| 14385904 | + | Stonegate Mortgage Corporation, 157 South Main Street, Mansfield, OH 44902-7955 |
| 14364668 | + | TMG Financial Services, PO Box 14542, Des Moines, IA 50306-3542 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 18 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 18 2022 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2022 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2022 00:04:56 | PYOD, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14364653 | | EDI: CBSAMERIMARK | Jun 18 2022 03:53:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |

District/off: 0315-1                          User: auto                                    Page 2 of 4

Date Rcvd: Jun 17, 2022                       Form ID: 3180W                                Total Noticed: 50

| | | | |
|---|---|---|---|
| 14415103 | + EDI: CBSAMERIMARK | Jun 18 2022 03:53:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14402270 | + EDI: WFNNB.COM | Jun 18 2022 03:53:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364654 | + EDI: CAPITALONE.COM | Jun 18 2022 03:53:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14364655 | + EDI: CAPITALONE.COM | Jun 18 2022 03:53:00 | Capital One FSB, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 14389929 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 17 2022 23:51:00 | Bureau of UC Benefits and Allowances, Attn: UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14364658 | EDI: DISCOVER.COM | Jun 18 2022 03:53:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14364659 | + EDI: CITICORP.COM | Jun 18 2022 03:53:00 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 14666878 | EDI: Q3G.COM | Jun 18 2022 03:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14364656 | + EDI: CONVERGENT.COM | Jun 18 2022 03:53:00 | Direct TV, c/o Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14667296 | EDI: DIRECTV.COM | Jun 18 2022 03:53:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14364657 | EDI: DISCOVER.COM | Jun 18 2022 03:53:00 | Discover, PO Box 15136, Wilmington, DE 19850 |
| 14370895 | EDI: DISCOVER.COM | Jun 18 2022 03:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14373384 | Email/Text: collecadminbankruptcy@fnni.com | Jun 17 2022 23:51:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14655652 | Email/Text: camanagement@mtb.com | Jun 17 2022 23:51:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14660642 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14385903 | + EDI: CCS.COM | Jun 18 2022 03:53:00 | PNC, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14672187 | EDI: PRA.COM | Jun 18 2022 03:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373403 | + EDI: RECOVERYCORP.COM | Jun 18 2022 03:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670442 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2022 00:04:57 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14385901 | + EDI: RMSC.COM | Jun 18 2022 03:53:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14364664 | + EDI: RMSC.COM | Jun 18 2022 03:53:00 | SNYCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14364665 | + EDI: RMSC.COM | Jun 18 2022 03:53:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14364666 | + EDI: RMSC.COM | Jun 18 2022 03:53:00 | SYNCB/Pay Pal Smart Conn, PO Box 965005, Orlando, FL 32896-5005 |
| 14951930 | + Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

District/off: 0315-1                         User: auto                                    Page 3 of 4
Date Rcvd: Jun 17, 2022                      Form ID: 3180W                                 Total Noticed: 50

| 14405668 | + Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364667 | + EDI: WTRRNBANK.COM | Jun 18 2022 03:53:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14364669 | + EDI: CMIGROUP.COM | Jun 18 2022 03:53:00 | TW Northeast, c/o Credit Management, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14385906 | + Email/Text: DL-ICOMSBankruptcy@charter.com | Jun 17 2022 23:51:00 | Time Warner Cable, 5520 Whipple Avenue NW, North Canton, OH 44720-7700 |
| 14364670 | ^ MEBN | Jun 17 2022 23:49:41 | Verizon, c/o Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14364671 | + Email/Text: collections@widgetfinancial.com | Jun 17 2022 23:51:00 | Widget Federal Credit Union, 2154 E. Lake Road, Erie, PA 16511-1140 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14364661 | | Jacob M. Ottley, Esquire |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Justin C. Patterson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb |

District/off: 0315-1                             User: auto                                    Page 4 of 4

Date Rcvd: Jun 17, 2022                          Form ID: 3180W                                Total Noticed: 50

<div style="padding-left:20em">

LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

</div>

Lauren M. Lamb

<div style="padding-left:20em">

on behalf of Joint Debtor Lawrence J. Zock  Jr.
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb
LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

</div>

Marisa Myers Cohen

<div style="padding-left:20em">

on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

</div>

Office of the United States Trustee

<div style="padding-left:20em">

ustpregion03.pi.ecf@usdoj.gov

</div>

Ronda J. Winnecour

<div style="padding-left:20em">

cmecf@chapter13trusteewdpa.com

</div>

TOTAL: 9