**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/17/22 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JUSTIN C. PATTERSON
LAWRENCE J. ZOCK, JR.
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10145 TPA

Chapter 13

Document No.: 92

### ORDER OF COURT

AND NOW, this ___17th___ day of ___June___, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10145-TPA |
| Justin C. Patterson | Chapter 13 |
| Lawrence J. Zock, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Justin C. Patterson, Lawrence J. Zock, Jr., 1041 Freeport Road, North East, PA 16428-3027 |
| 14364652 | + | 1st National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197-0002 |
| 14385896 | + | Berkheimer, PO Box 25130, Lehigh Valley, PA 18002-5130 |
| 14420872 | + | Erie Community Credit Union, c/o Carol F. Messenger, Payment Solution, 1129 State Street, Erie, PA 16501-1911 |
| 14364660 | + | Erie Federal Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14364662 | + | Lake View Loan Servicing, 1301 Virginia Drive, Fort Washington, PA 19034-3231 |
| 14385897 | + | McCabe Weisberg & Conway, 123 S. Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14385898 | + | Mutual of Omaha Bank, c/o TMG Financial Services, 1500 NW 118th Street, Des Moines, IA 50325-8242 |
| 14385899 | + | North East Heat & Light, 10700 West Main Street, North East, PA 16428-2228 |
| 14385900 | + | Northeast Township Tax Collector,, c/o Penny Luke, 10300 W. Main Street, North East, PA 16428-2858 |
| 14364663 | | PYOD LLC, c/o resurgent Capital, Sutie 110 MS 5796, Greenville, SC 29601 |
| 14668175 | + | Penelec, c/o FirstEnergy, Building #1, Suite 1-511, 101 Crawford's Corner Rd, Holmdel, NJ 07733-1976 |
| 14385902 | + | Penelec, 76 S. Main Street, Akron, OH 44308-1812 |
| 14385904 | + | Stonegate Mortgage Corporation, 157 South Main Street, Mansfield, OH 44902-7955 |
| 14364668 | + | TMG Financial Services, PO Box 14542, Des Moines, IA 50306-3542 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2022 23:54:36 | PYOD, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14364653 | | Email/Text: bankruptcy@sccompanies.com | Jun 17 2022 23:51:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 14415103 | + | Email/Text: bankruptcy@sccompanies.com | Jun 17 2022 23:51:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14402270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2022 23:51:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2022 23:53:59 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14364655 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2022 23:53:50 | Capital One FSB, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 14389929 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 17 2022 23:51:00 | Bureau of UC Benefits and Allowances, Attn: UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14364658 | | Email/Text: mrdiscen@discover.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jun 17 2022 23:51:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14364659 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 18 2022 00:04:50 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 14666878 | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2022 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14364656 | + Email/Text: convergent@ebn.phinsolutions.com | Jun 17 2022 23:51:00 | Direct TV, c/o Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 14667296 | Email/Text: G06041@att.com | Jun 17 2022 23:51:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14364657 | Email/Text: mrdiscen@discover.com | Jun 17 2022 23:51:00 | Discover, PO Box 15136, Wilmington, DE 19850 |
| 14370895 | Email/Text: mrdiscen@discover.com | Jun 17 2022 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14373384 | Email/Text: collecadminbankruptcy@fnni.com | Jun 17 2022 23:51:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14655652 | Email/Text: camanagement@mtb.com | Jun 17 2022 23:51:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14660642 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14385903 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 17 2022 23:51:00 | PNC, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14672187 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 18 2022 00:04:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373403 | + Email/PDF: rmscedi@recoverycorp.com | Jun 17 2022 23:54:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670442 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 18 2022 00:04:50 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14385901 | + Email/PDF: gecsedi@recoverycorp.com | Jun 17 2022 23:53:50 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14364664 | + Email/PDF: gecsedi@recoverycorp.com | Jun 17 2022 23:53:59 | SNYCB/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14364665 | + Email/PDF: gecsedi@recoverycorp.com | Jun 17 2022 23:53:59 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14364666 | + Email/PDF: gecsedi@recoverycorp.com | Jun 17 2022 23:53:50 | SYNCB/Pay Pal Smart Conn, PO Box 965005, Orlando, FL 32896-5005 |
| 14951930 | + Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14405668 | + Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14364667 | + Email/Text: bncmail@w-legal.com | Jun 17 2022 23:51:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14364669 | + Email/Text: EBN@thecmigroup.com | Jun 17 2022 23:51:00 | TW Northeast, c/o Credit Management, 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14385906 | + Email/Text: DL-ICOMSBankruptcy@charter.com | Jun 17 2022 23:51:00 | Time Warner Cable, 5520 Whipple Avenue NW, North Canton, OH 44720-7700 |
| 14364670 | ^ MEBN | Jun 17 2022 23:49:39 | Verizon, c/o Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14364671 | + Email/Text: collections@widgetfinancial.com | Jun 17 2022 23:51:00 | Widget Federal Credit Union, 2154 E. Lake Road, |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf900 | Total Noticed: 48 |

Erie, PA 16511-1140

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LakeView Loan Servicing, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| 14364661 | | Jacob M. Ottley, Esquire |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Alexandra Teresa Garcia | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Justin C. Patterson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Lawrence J. Zock  Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9