**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE:                                 |                          |
|----------------------------------------|--------------------------|
| JUSTIN C. PATTERSON<br>LAWRENCE J. ZOCK, JR.<br>Debtor(s) | Case No.:17-10145 TPA |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/14/2017  and confirmed on 09/05/2017 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,003.49 |
| Less Refunds to Debtor | 5,188.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,815.35 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 3,621.05 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,021.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 51,252.42 | 0.00 | 51,252.42 |
|     Acct: 9940 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 13,649.95 | 13,649.95 | 0.00 | 13,649.95 |
|     Acct: 9940 | | | | |
|   NORTH EAST TWP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1400 | | | | |
|   ERIE COMMUNITY CU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1007 | | | | |
|   WIDGET FINANCIAL** | 5,020.51 | 5,020.51 | 774.50 | 5,795.01 |
|     Acct: 6438 | | | | |
| | | | | 70,697.38 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN C. PATTERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN C. PATTERSON | 661.00 | 661.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| JUSTIN C. PATTERSON | 1,883.14 | 1,883.14 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN C. PATTERSON | 1,652.50 | 1,652.50 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN C. PATTERSON | 991.50 | 991.50 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH EAST TOWNSHIP (EIT) | 121.00 | 121.00 | 0.00 | 121.00 |
| Acct: 9182 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9182 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9940 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9940 | | | | |
| | | | | 121.00 |
| Unsecured | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 1,230.16 | 258.63 | 0.00 | 258.63 |
| Acct: 4862 | | | | |
| AMERIMARK | 472.95 | 99.43 | 0.00 | 99.43 |
| Acct: 204A | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,510.42 | 317.55 | 0.00 | 317.55 |
| Acct: 3617 | | | | |
| PYOD LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8379 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 349.28 | 73.43 | 0.00 | 73.43 |
| Acct: 6113 | | | | |
| DISCOVER BANK(*) | 2,737.28 | 575.49 | 0.00 | 575.49 |
| Acct: 6548 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,615.86 | 339.72 | 0.00 | 339.72 |
| Acct: 4870 | | | | |
| MUTUAL OF OMAHA BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6585 | | | | |
| NORTH EAST HEAT & LIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 1,940.97 | 408.07 | 0.00 | 408.07 |
| Acct: 0510 | | | | |
| PENELEC/FIRST ENERGY** | 408.62 | 85.91 | 0.00 | 85.91 |
| Acct: 1624 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5196 | | | | |
| MIDLAND FUNDING LLC | 1,222.17 | 256.95 | 0.00 | 256.95 |
| Acct: 1723 | | | | |
| MIDLAND FUNDING LLC | 991.61 | 208.48 | 0.00 | 208.48 |
| Acct: 9403 | | | | |
| MIDLAND FUNDING LLC | 1,622.85 | 341.19 | 0.00 | 341.19 |
| Acct: 2887 | | | | |
| TD BANK USA NA** | 1,501.30 | 315.63 | 0.00 | 315.63 |
| Acct: 5124 | | | | |
| TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8001 | | | | |
| ATIRA CREDIT | 3,307.86 | 695.44 | 0.00 | 695.44 |
| Acct: 6585 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | TIME WARNER CABLE - NE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5419 | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2608 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | MCCABE WEISBERG & CONWAY LLC (FRI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STONEGATE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 3,975.92 |

| | | |
|---|---|---|
| **TOTAL PAID TO CREDITORS** | | 74,794.30 |

TOTAL CLAIMED
PRIORITY              121.00
SECURED            18,670.46
UNSECURED          18.911.33

Date: 07/14/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com